No. 93-8726. LeBlanc v. Shalala, Secretary of Health and Human Services. C. A. 5th Cir. Certiorari denied. ▮

No. 93-8734. Rau v. United States. C. A. 6th Cir. Certiorari denied. ▮

No. 93-8763. Kaplan v. United States. C. A. 6th Cir. Certiorari denied. ▮

No. 93-8764. Forrest v. United States. C. A. 6th Cir. Certiorari denied. ▮

No. 93-8765. Kanu v. United States. C. A. 2d Cir. Certiorari denied. ▮

No. 93-8773. Fiallo v. United States. C. A. 11th Cir. Certiorari denied.

No. 93-8779. Atamantyk v. Department of Defense. C. A. Fed. Cir. Certiorari denied. ▮

No. 93-8781. Kelly v. United States. C. A. 9th Cir. Certiorari denied. ▮

No. 93-8784. Colvin v. United States. C. A. 11th Cir. Certiorari denied. ▮

No. 93-8786. McKay v. United States. C. A. 9th Cir. Certiorari denied. ▮

No. 93-8790. Messer v. United States. C. A. 11th Cir. Certiorari denied. ▮

No. 93-8791. Lee v. United States. C. A. 5th Cir. Certiorari denied. ▮

No. 93-8794. McQueen v. United States. C. A. 11th Cir. Certiorari denied. ▮

No. 93-8797. McKnight v. Iowa. Sup. Ct. Iowa. Certiorari denied. ▮

No. 93-8806. Gholston v. United States. C. A. 6th Cir. Certiorari denied. ▮